# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:01 pm, 7/21/21

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

MARIA ESTHER NAVA

Defendant.

Case Number:   21-cr-08-ABJ-9

Date 7/21/2021     Time 12:10 - 12:35 PM        Before the Honorable    Kelly H. Rankin

☑ Indictment    ☐ Information    ☐ Complaint    ☑ Arraignment    ☐ Rule 5

☑ Initial Appearance    ☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Removal Hearing

☐ Other

Offense: Conspiracy to Distribute Methamphetamine

| MiYon Bowden | Melanie Sonntag | Greg Lewis |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Thomas A. Szott | Scottsbluff County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☐ Voluntarily    ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Dion Custis
☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**    Date  7/21/2021

(Comments)  Defendant advised of her rights and charges.

WY53

Rev. 06/10/2021

MAGISTRATE CRIMINAL PROCEEDING SHEET

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☐ Preliminary hearing set for: Date _____ Time _____
Judge _____ in _____

☐ Revocation hearing set for: Date _____ Time _____
Judge _____ in _____

☑ Detention hearing set for:
Date 7/26/2021   Time 3:30 PM   Judge Kelly H. Rankin

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____

☑ Other  Telephonic Status Conference Before Judge Johnson to discuss speedy trial will be held on 7/30/2021 at 9:30 AM

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☑ Superseding indictment/information filed by Government
☐ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
__1__ of an Superseding Indictment
☐ Guilty to count(s)
_____ of an _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☐ Photocopy of discovery is permissible
☐ Court orders access to Grand Jury Transcripts
Motions to be filed  ☐ Days  ☐ On or Before  ☐ Discovery
☐ Trial date set for _____ at _____ Before Honorable _____ in _____
☑ Speedy trial expires on   To be determined
☐ Other